UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE TRAEGER and PHILIP TRAEGER,<br><br>      Plaintiffs,<br><br>    vs.<br><br>UNITED STATES POSTAL SERVICE; and PHILLIPS WEST COAST PROPERTIES, LLC,<br><br>      Defendants. | Case No.: 1:11-CV-01747-LJO –DLB<br><br>ORDER OF DISMISSAL OF DEFENDANT PHILLIPS WEST COAST PROPERTIES, LLC'S CROSS<br><br>[FRCP 41(c)] |

TO THIS HONORABLE COURT AND THE CLERK THEREOF:

Based on the Stipulation of Voluntary Dismissal and pursuant to Federal Rules of Civil Procedure Rule 41(c),

IT IS HEREBY ORDERED that Defendant Phillips West Coast Properties, LLC's Crossclaim against Crossdefendant UNITED STATES POSTAL SERVICE, filed on March 13, 2012, is dismissed without prejudice. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: __April 4, 2012__          **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF DISMISSAL