# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE TRAEGER, | CASE NO. CV F 11-1747 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS CLAIMS** (Doc. 20.) |
| vs. | |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES with prejudice the claims of plaintiff Philip Traeger.

The clerk is directed not to close this action.

IT IS SO ORDERED.

**Dated:   October 26, 2012**          /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE