UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE TRAEGER, et al., | CASE NO. CV F 11-1747 LJO DLB |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 23.) |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

Plaintiffs' counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than January 10, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the July 17, 2013 pretrial conference and August 27, 2013 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   December 3, 2012           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE