IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE TRAEGER, et al.,, | CASE NO. CV F 11-1747 LJO SAB |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 26.) |
| UNITED STATES POSTAL SERVICE, et al.,, | |
| Defendants. / | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   January 11, 2013**          /s/  Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1